IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHALLENGER, INC.                                                                                       PLAINTIFF

v.                                    Civil No. 04-2256

NESTE POLYESTER, INC.                                                   DEFENDANT

**O R D E R**

Comes on for consideration defendant's motion to compel filed January 9, 2006, and plaintiff's response filed January 10, 2006. (Docs. 48 and 50). Based on the matters presented, the motion is granted. Within 10 days, plaintiff is to forward amended answers to the defendant's interrogatories; the answers should not merely refer to documents. In particular, specific information should be provide with respect to specific vessels. Further, plaintiff is to provide relevant financial information, including tax returns and sales figures, bearing on plaintiff's damages claims.

IT IS SO ORDERED this 11th day of January 2006.

                                                            /s/Beverly Stites Jones
                                                            HON. BEVERLY STITES JONES
                                                            UNITED STATES MAGISTRATE JUDGE