IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHALLENGER, INC.                                              PLAINTIFF

    vs.          CASE No. 04-CV-2256

NESTE POLYESTER INC.                                          DEFENDANT

### **ORDER**

Now on this 21st day of June, 2006, there comes on for consideration the above-styled and numbered cause. In accordance with the Plaintiff's Motion to Dismiss Cse (#63), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge

AO72A
(Rev. 8/82)